■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH TONY, Appellant. [671 NYS2d 368] —Judgment unanimously affirmed. Memorandum: Defendant's showup identification was not unduly suggestive (*see generally, People v Duuvon,* 77 NY2d 541). Because the showup identification was conducted within 30 minutes of the robbery and in a fair and nonsuggestive manner, it was appropriate in the interest of prompt identification (*see, People v Adams,* 53 NY2d 241, 249) and met the objective "that the police have reasonable assurances that they have arrested or detained the right person" (*People v Duuvon, supra,* at 545). Defendant has never asserted that his nonarrest detention, including transportation to the crime scene, constituted an unreasonable seizure (*cf., People v Hicks,* 68 NY2d 234, 242-243). (Appeal from Judgment of Supreme Court, Monroe

County, Galloway, J.—Robbery, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Balio, JJ.